Case 4:23-cv-01969 Document 18 Filed on 08/29/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE (A.S.), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01969 |
| | § | |
| WYNDHAM HOTEL & RESORTS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON August 31, 2023 at 9:30 AM**

Appearances: Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | August 30, 2023 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | March 15, 2024 |
| Report furnished by: | March 15, 2024 |
| Defendant's experts to be designated by: | April 15, 2024 |
| Report furnished by: | April 15, 2024 |
| Discovery to be completed by: | June 30, 2024 |
| Dispositive motions due by: | July 20, 2024 |
| Docket call to be held at 11:30 AM on: | October 7, 2024 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

The identity of the plaintiff shall not be revealed until the parties enter into a protective order that addresses any disclosures.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on August 29, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge