IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE (A.S.) § | | |
|     *Plaintiff* § | | |
| § | | |
| § | | |
| v. § | | CIVIL ACTION NO 4:23-cv-01969 |
| § | | |
| § | | |
| WYNDHAM HOTELS & RESORTS, § | | |
| INC. § | | |
|     *Defendant* § | | |

### DEFENDANT'S MOTION FOR WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW**, undersigned counsel for Defendant, Wyndham Hotels & Resorts, Inc, and presents this, their Motion For Withdrawal of Counsel:

### I. REQUEST TO FOR WITHDRAWAL

1. Jennifer D. Akre, Danielle Pascale, and Emma J. Arnesen of Tyson & Mendes, LLP were appointed by Scottsdale Insurance Company, insurer for S&S Investment Enterprises, to assist lead counsel Jason Hopkins, Christopher B. Donovan, and David S. Sager, currently the attorneys-of-record for Defendant Wyndham Hotels & Resorts, Inc., in this suit.

2. Defendant Wyndham Hotels & Resorts, Inc. has now requested that Jennifer D. Akre, Danielle Pascale, and Emma J. Arnesen of Tyson & Mendes, LLP withdraw as counsel.

3. The withdrawal is at the request and approval of Defendant Wyndham Hotels & Resorts, Inc.

4. Counsel Jason Hopkins, Christopher B. Donovan, and David S. Sager of DLA Piper LLP will remain as lead counsel for Defendant.

5. This Motion is not brought for delay.

## II. PRAYER

WHEREFORE, PREMISES CONSIDERED, for all reasons set forth above, Defendant prays that this Honorable Court sign an order granting permission Jennifer D. Akre, Danielle Pascale, and Emma J. Arnesen of Tyson & Mendes, LLP to withdraw and allow Jason Hopkins, Christopher B. Donovan, and David S. Sager of DLA Piper LLP to remain as lead attorneys of record for Defendant.

**TYSON & MENDES, LLP**

*/s/ Jennifer D. Akre*
Jennifer D. Akre
Texas Bar No. 24059950
Federal ID No. 3076276
JAkre@tysonmendes.com
Emma J. Arnesen
Texas Bar No. 24122104
EArnesen@tysonmendes.com
1700 Post Oak Blvd., 6th Floor
Houston, Texas 77056
Telephone: (713) 222-5906
Facsimile: (713) 547-5158

Danielle Pascale
dpascale@TysonMendes.com
420 Lexington Ave, Suite 2800
New York, NY 10017
Main: 917.781.4702
Direct: (929) 200-3519
Fax: 917.725.8799

*Attorneys for Defendant Wyndham Hotels & Resorts, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all attorneys of record pursuant to the Federal Rules of Civil Procedure.


                                          */s/ Jennifer D. Akre*
                                          Jennifer D. Akre