IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JANE DOE (A.S.)** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO 4:23-cv-01969** |
| | § | |
| | § | |
| **WYNDHAM HOTELS & RESORTS, INC.** | § | |
| | § | |
| *Defendant* | § | |

### ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF COUNSEL

After considering Defendant Wyndham Hotels & Resorts, Inc. Motion For Withdrawal Counsel, this Honorable Court:

GRANTS Defendant's Motion For Withdrawal; and,

ORDERS that Jennifer D. Akre, Danielle Pascale, and Emma J. Arnesen with Tyson & Mendes, LLP be permitted to withdraw as counsel of record for Defendants Wyndham Hotels & Resorts, Inc.

It is further ORDERED that Jason Hopkins, Christopher B. Donovan, and David S. Sager of DLA Piper LLP will remain as lead counsel of record for Defendant Wyndham Hotels & Resorts, Inc.

SIGNED this _____ day of _____, 20____.

_____
Honorable Judge