**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

JANE DOE (A.S.), an individual,

                **CIVIL ACTION NO.: 4:23-cv-1969**

      **Plaintiff,**

                **JUDGE KENNETH M. HOYT**

  **v.**

**WYNDHAM HOTEL & RESORTS,**
**INC.,**

      **Defendants.**

**<u>PLAINTIFF'S NOTICE OF STATUS OF SETTLEMENT</u>**

On August 7, 2025, Plaintiff filed a Notice of Settlement in this action. (ECF No. 129.) Since that time, A.S informed the Court that she would keep it abreast of the status of the bankruptcy proceeding.

Plaintiff moved the Bankruptcy Court to Reopen the Chapter 7 Bankruptcy of A.S., which was granted. The bankruptcy Court appointed the undersigned to represent the estate in that proceeding. On September 30, 2025, the Bankruptcy Trustee informed Plaintiff and Wyndham that he is ready to proceed presentation of the settlement to the Bankruptcy Court. Wyndham's counsel and A.S. are cooperatively working with the Bankruptcy Trustee. Plaintiff will inform the Court of the process as it progresses.

Dated: October 6, 2025

                Respectfully submitted,

                */s/ Penny L. Barrick*
                Penny L. Barrick
                Steven C. Babin, Jr.
                Babin Law, LLC

10 W. Broad Street, Suite 900
Columbus, Ohio 43215
T: 614-761-8800
C: 614-747-6184
E: penny.barrick@babinlaws.com
steven.babin@babinlaws.com


Kenneth T. Fibich Texas Bar No.: 06952600
tfibich@fibichlaw.com
Sara J. Fendia Texas Bar No. 06898800
sfendia@fibichlaw.com
1150 Bissonnet Street
Houston, Texas 77005
713-751-0025 (Telephone)
713-751-0030 (Facsimile)


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October 2025, the foregoing was served by electronic mail and certified mail, return receipt requested on all counsel of record:

*/s/ Penny L. Barrick*
Penny L. Barrick